**Order entered October 17, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00823-CR

### WILLIE MAURICE HERVEY, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 89th District Court
Wichita County, Texas
Trial Court Cause No. 57,785-C**

## ORDER

Before the Court is the October 12, 2017 second request of court reporter Joanna Beverage for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order. If the reporter's record is not filed by November 16, 2017, the Court may utilize its available remedies, which may include ordering Ms. Beverage not to sit until the complete reporter's record has been filed.

/s/    ADA BROWN
        JUSTICE